# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| | * | |
| ALEXANDER ZENO | * | Miscellaneous Case No. 11-MC-275 |
| | * | |
| Respondent | * | |

## **O R D E R**

Upon consideration of the application for admission of Alexander Zeno for membership in the Bar of this Court, it is for the reasons stated in the accompanying Opinion and with the approval of the Full Bench, this 12th day of September, 2011.

ORDERED that said Application is DENIED.

                                                For the Court:

                                                _____/s/_____
                                                DEBORAH K. CHASANOW
                                                Chief Judge